Case 2:22-mj-00640 Document 6 Filed on 06/03/22 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 03, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:22-MJ-00640 |
| § | |
| JUAN ALBERTO SANTIZ-PALE § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The defendant is charged with possessing child pornography and the evidence against the defendant meets the probable cause standard. The defendant is not a citizen of the United States and he is in the United States unlawfully. Additionally, the defendant has not presented any release plan that would indicate he would have the ability to remain or live in the United States. Based on the seriousness of the offense and the defendant's lack of lawful status to be in the United States, he is a serious risk of flight. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending

appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED on June 3, 2022.

                                                     Jason B. Libby
                                         United States Magistrate Judge